IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANITA DEVI, et al.,

      Petitioners,                No. 2:08-cv-2671 JFM  (HC)

     vs.

MICHAEL B. MUKASEY, etc., et al.,

      Respondents.        <u>ORDER</u>

_____/

      Petitioners, proceeding through counsel, have filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioners have paid the filing fee.

      Since petitioners may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioners' application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondents are directed to file an answer within forty-five days from the date of this order.

      2. Petitioners' reply, if any, is due on or before thirty days from the date respondents' answer is filed.

/////

1

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioners' application for writ of habeas corpus and an Order Re Consent or Request for Reassignment on the United States Attorney for the Eastern District of California.

DATED: November 18, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/md/001
devi2671.100f