Jagdip Singh Sekhon, CSB #170324
SEKHON & SEKHON
1440 Broadway   Suite 311
Oakland, CA  94612
Telephone:	(510) 893-0697
Facsimile:	(510) 893-3712
Electronic Mail: jagdip@sekhonlaw.com

Attorney for ANITA DEVI & KUNAAL VENKAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA DEVI & KUNAAL VENKAT, | No. 2:08-cv-02671-JFM (HC) |
| Petitioners, | |
| v. | |
| MICAHEL B. MUKASEY, Attorney General of the United States Department of Justice; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement; NANCY ALCANTAR, San Francisco District Field Office Director of Detention and Removal Operations for Bureau of Immigration & Customs Enforcement; MARK CHANDLESS, Jail Division Commander of Yuba County Jail, | **ORDER RE PLAINTIFFS'** ***UNOPPOSED*** **MOTION TO VOLUNTARILY DISMISS PROCEEDINGS** |
| Respondents. | |

IT IS HEREBY ORDERED that petitioners' May 7, 2009 unopposed motion to voluntarily dismiss (#24) their case is GRANTED.

DATED:  May 26, 2009.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/devi2671.vdm